UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD TRUMP, et al.,<br><br>    Defendants. | Case No. 25-cv-07975-JSC<br><br>**ORDER OF DISMISSAL** |

    Plaintiff, an inmate in Santa Clara County Jail who is proceeding without representation by an attorney, filed this civil complaint with claims against President Donald Trump, the "Blackstone Investment Firm," and United States District Judge James Donato. (ECF No. 1 at 1-3.) Plaintiff has received leave to proceed in forma pauperis in a separate order.

    Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b). Section 1915(e)(2) provides that the court "shall" dismiss any case brought in forma pauperis "if the court determines" the action is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. Section 1915(e)(2) is not limited to prisoners or to suits against governmental defendants. *Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001). Pleadings filed by unrepresented parties must be liberally construed. *Balistreri v. Pacifica Police Dept.*, 901 F.2d 696, 699 (9th Cir. 1990).

    The complaint repeats the same claims and allegations against the same Defendants that Plaintiff made in a previous case, *Garrison v. Trump, et al.,* No. C 25-6139 JSC (PR) (ECF No. 1).

For the reasons explained in the order dismissing that case, Plaintiff's claims are frivolous. *See id.* (ECF No. 5). Additionally, an in forma pauperis complaint that merely repeats pending or previously litigated allegations and claims may be dismissed at the screening stage of 28 U.S.C. § 1915. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988)). Accordingly, this case is DISMISSED as both frivolous and duplicative.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 28, 2025

JACQUELINE SCOTT CORLEY
United States District Judge